**Fill in this information to identify your case:**

Debtor 1: **Donyell RaShaine Whitaker**
First Name | Middle Name | Last Name

Debtor 2: **Stacey Jill Whitaker**
(Spouse if, filing)
First Name | Middle Name | Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF TENNESSEE

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7  12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Acima Credit LLC**<br>Description of property securing debt: **Tires** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: **Debtors will continue to make payments** | ■ No<br>☐ Yes |
| Creditor's name: **OneMain**<br>Description of property securing debt: **2008 Nissan Altima 2007 Toyota Avalon** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: **Debtors will continue to make payments** | ■ No<br>☐ Yes |

## Part 2: List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

Debtor 1    **Donyell RaShaine Whitaker**
Debtor 2    **Stacey Jill Whitaker**                                                   Case number (*if known*)

Lessor's name:    **Peiling Wang**                                                      ☐ No
                                                                                        ■ Yes

Description of leased    **Residential lease**
Property:

| Part 3: | **Sign Below** |

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X  **/s/ Donyell RaShaine Whitaker**                         X  **/s/ Stacey Jill Whitaker**
   **Donyell RaShaine Whitaker**                                **Stacey Jill Whitaker**
   Signature of Debtor 1                                        Signature of Debtor 2

   Date    **June 3, 2019**                                  Date    **June 3, 2019**

# IN THE UNITED STATES BANKRUPTCY COURT
## Eastern District of Tennessee

| | |
|---|---|
| IN RE: | * CASE NO.: |
| | * |
| **Donyell RaShaine Whitaker,** | * |
| and | * CHAPTER: **7** |
| **Stacey Jill Whitaker,** | * |
| **FKA Stacey Jill Wilson,** | * |
| Debtors | * |

## **CERTIFICATE OF SERVICE**

I certify that on this day, I served the following parties with a copy of the "Debtors' Statement of Intentions", by electronic case filing and/or by placing true copies of the same in the United States Mail with adequate postage affixed to insure delivery addressed to::

U.S. Trustee's Office
Howard H. Baker, Jr., U.S. Courthouse
800 Market Street Ste 114
Knoxville, TN 37902

Donyell & Stacey Whitaker
500 Brookshire Way
Knoxville, TN 37923

Acima Credit LLC
9815 S Monroe Street
4th Floor
Sandy UT  84070

OneMain
PO Box 1010
Evansville IN  47706

Peiling Wang
2307 Laurel Lake Road
Knoxville TN  37932

Dated: 6/3/2019

 /s/ Zachary S. Burroughs 025896
Zachary S. Burroughs 025896,
Attorneys for Debtors
Clark & Washington, PC
408 S. Northshore Drive
Knoxville, TN 37919
865-281-8084